**BAMA STAR, LLC**

| | | |
|---|---|---|
| Start Period | 07/31/2007 | Pay Date    08/22/2007 |
| End Period | 08/13/2007 | |

**026867**

## Earnings

| | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| 1200 | $1,300.00 | 100.00 | $1,300.00 | $20,670.00 |

**CHARLOTTE M. KING**
32 PARKVIEW
TUSCALOOSA, AL 35401

Social Security Number:XX-XX-6647

## Other Information

Store Number  1329

| | | | |
|---|---|---|---|
| Gross Pay | 100.00 | $1,300.00 | $20,670.00 |

## Taxes

| | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Medicare Tax | $16.27 | $298.63 |
| Social Security Tax | $69.56 | $1,276.91 |
| Federal Income Tax | $99.42 | $1,788.38 |
| **State Taxes** | | |
| AL | $46.71 | $435.64 |
| **Local Taxes** | | |

## Deductions

| | | Current | Year To Date |
|---|---|---|---|
| DENTAL | Pre-Tax Dental Insurance | $18.38 | $310.06 |
| DISAB | Short Term Disablity | $59.58 | $293.40 |
| LIFE | Pre-Tax Life Insurance | $16.57 | $284.45 |
| MEDICL | Pre-Tax Medical Insurance | $142.99 | $2,430.83 |

## Check Summary

| | |
|---|---|
| Gross Pay | $1,300.00 |
| Taxes | $231.96 |
| Deductions | $237.52 |
| **Net Pay** | **$830.52** |

**Total Deductions**    $237.52    $3,318.74

**Net Pay**    $830.52    $16,451.24